UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04 CR 170-MU |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| LAVANDUS MARKIEST HOUSTON | ) | |

Leave of Court is hereby granted for the dismissal of Count II of the Superseding Bill of Indictment in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 3d day of Feb, 2006.

GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE